UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No.  4:10CR40017 |
| ) | |
| v. ) | |
| ) | |
| Ronald Manis, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ======================================) | |
| Wayne Miller, ) | |
| ) | |
| Garnishee. ) | |

**ORDER**

Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED that the Writ of Garnishment on Wayne Miller in this cause be and the same is hereby DISMISSED, without prejudice.

DATED: July 14, 2015

*s/J. Phil Gilbert*
J. Phil Gilbert
United States District Judge